IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THOMAS GERALD COLLINS, JR.,

    Plaintiff,

vs.                                             Civ. No. 15-128 KG/GBW

CITY OF LAS CRUCES POLICE
DEPARTMENT, OFFICER MR. FRANK GOMEZ,
and OFFICER MR. GUERRA,

    Defendants.

## FINAL ORDER OF DISMISSAL

This matter comes before the Court upon the Court's Memorandum Opinion and Order entered on June 15, 2015. (Doc. 9). In that Memorandum Opinion and Order, the Court ordered Plaintiff to file, by July 6, 2015, "an amended Civil Complaint to cure the deficiencies and concerns identified in the Motion to Dismiss for Failure to State a Claim or in the Alternative Motion for a More Definite Statement" (Doc. 4). (Doc. 9) at 3. The Court further warned Plaintiff that "failure to comply with this Memorandum Opinion and Order will result in a dismissal of this lawsuit." *Id.*

The Court finds that Plaintiff has not filed an amended Civil Complaint by July 6, 2015, and has, thereby, failed to comply with the June 15, 2015, Memorandum Opinion and Order. Consequently, the Court dismisses this lawsuit without prejudice.

IT IS ORDERED that this lawsuit is dismissed without prejudice.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE